UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-21826-CIV-COOKE-BROWN

MARIANO OTERO, et al.,

    Plaintiffs,

vs.

AGRIPROCESSORS, INC.,

    Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE MOTIONS TO APPEAR PRO HAC VICE

**THIS MATTER** came before the Court on the Motions to Appear Pro Hac Vice ..., filed December 6, 2007 (DE 13, 14). The Court has considered the motions and all pertinent materials in the file.

The Court being otherwise fully advised in the premises finds that the motions are deficient under Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States Court for the Southern District of Florida, in that the Court has been advised that the attorney designated as local counsel, Mitchell J. Beers, Esq., is not authorized to file via CM/ECF nor has he registered to attend training in order to obtain a login/password. Therefore it is hereby **ORDERED AND ADJUDGED** that the motions are hereby **DENIED** without prejudice

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of December, 2007.

                                                  STEPHEN T. BROWN
                                                  UNITED STATES MAGISTRATE JUDGE